## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No.** |
| **One Vonlengerke Dermold Short Barrel** | : | |
| **.410 Bore Double Barrel Shotgun,** | | |
| **Serial Number 2183,** | : | |
| **Defendant.** | : | |

: : : : : : :

### VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, the UNITED STATES OF AMERICA, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Stefan D. Cassella, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure and alleges as follows:

### NATURE OF THE ACTION

1.     This is an action to forfeit and condemn to the use and benefit of the United States of America one Vonlengerke Dermold short barrel .410 bore double barrel shotgun bearing serial number 2183 (hereinafter, the "Defendant Property") involved in a violation of the National Firearms Act and thereby forfeitable pursuant to 26 U.S.C. § 5872(a).

### THE DEFENDANT *IN REM*

2.     The Defendant Property is one Vonlengerke Dermold short barrel .410 bore double barrel shotgun bearing serial number 2183. The Sheriff's Office of Kent County, Maryland, took possession of the Defendant Property on August 11, 2007, from Albert Siter ("Siter") after Siter

had used the Defendant Property to commit suicide. The Defendant Property subsequently was placed in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives in Martinsburg, West Virginia, where it remains today.

## JURISDICTION AND VENUE

3.      Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 26 U.S.C. § 5872(a).

4.      This court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

6.      The Defendant Property is subject to forfeiture pursuant to 26 U.S.C. § 5872(a) as a firearm involved in a violation of the National Firearms Act ("NFA" or "the Act"), specifically, possession of a firearm subject to the Act not registered to [the possessor] in the National Firearms Registration and Transfer Record, 26 U.S.C. § 5861(d).

## FACTS

7.      The forfeiture is based upon, but not limited to, the evidence submitted to the United States Attorney's Office by the Bureau of Alcohol, Tobacco, Firearms and Explosives, and set forth in the Declaration of John J. Truex Chung, Esq., Contract Attorney employed by Forfeiture

Support Associates, LLC, and assigned to the United States Attorney's Office for the District of Maryland, which is incorporated herein by reference.

### CLAIM FOR RELIEF

8.     Pursuant to 26 U.S.C. § 5861(d), "It shall be unlawful for any person … to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record." Pursuant to 26 U.S.C. § 5872(a), "[a]ny firearm involved in any violation of [the National Firearms Act] shall be subject to seizure and forfeiture[.]"

9.     By reason of the facts set forth and incorporated herein, the Defendant Property is properly condemned as forfeited to the United States of America pursuant to 26 U.S.C. § 5872(a).

     **WHEREFORE**, plaintiff, the United States of America, requests that the Court issue a warrant and summons for the arrest and seizure of the Defendant Property; that notice of this action be given to all persons known or thought to have an interest in or right against the Defendant Property; that the Defendant Property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.


Date: September 22, 2014


                              Respectfully submitted,

                              Rod J. Rosenstein
                              UNITED STATES ATTORNEY
                              District of Maryland

Stefan D. Cassella
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Tel: (410) 209-4800

## DECLARATION

This affidavit is submitted in support of a civil complaint for forfeiture of one Vonlengerke Dermold short barrel .410 bore double barrel shotgun bearing serial number 2183 seized from Albert Siter in Kent County, Maryland.

I, John J. Truex Chung, Esq., contract attorney employed by Forfeiture Support Associates, LLC, and assigned to the United States Attorney's Office in Baltimore, Maryland, submit that there are sufficient facts to support a reasonable belief that one Vonlengerke Dermold short barrel .410 bore double barrel shotgun bearing serial number 2183 is involved in a violation of the National Firearms Act, specifically 26 U.S.C. § 5861(d), and thus is subject to forfeiture pursuant to 26 U.S.C. § 5872(a).

a. On August 11, 2007, Albert Siter used a Vonlengerke Dermold short barrel .410 bore double barrel shotgun bearing serial number 2183 ("the defendant firearm") to commit suicide in Kent County, Maryland.

b. The Kent County Sheriff's Office in Maryland took possession of the defendant firearm on that date and contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").

c. The defendant firearm is regulated by the National Firearms Act because its barrel length is less than 18 inches. *See* 26 U.S.C. § 5845(a)(1).

d. The National Firearms Act makes it unlawful for a person to possess a short-barrel shotgun if it is not registered to such person in the National Firearms Registration and Transfer Record ("NFRTR"). *See* 26 U.S.C. §§ 5845(a)(1) and 5861(d).

e. The ATF's National Firearms Act Branch determined that the defendant firearm was properly registered to the Delaware County Sheriff's Office (Pennsylvania), but was never registered to Albert Siter or anyone in his family.

f. Accordingly, the Kent County Sheriff's Office abandoned the defendant firearm to ATF Special Agent Mike Beccio ("Agent Beccio") on August 11, 2008. Agent Beccio then delivered the defendant firearm to the ATF's Firearms Technology Branch in Martinsburg, West Virginia, where it remains today.

g.  Because the defendant firearm was not registered to Albert Siter in the NFRTR, his mere possession of the defendant firearm constituted a violation of the National Firearms Act. Therefore, the defendant firearm is subject to forfeiture.


I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. § 1746 THAT THE FACTS SUBMITTED BY THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, IN REFERENCE TO THE SEIZURE OF ONE VONLENGERKE DERMOLD SHORT BARREL .410 BORE DOUBLE BARREL SHOTGUN, SERIAL NUMBER 2183, FROM ALBERT SITER ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.


John J. Truex Chung, Esq.
Contract Attorney
Forfeiture Support Associates, LLC
United States Attorney's Office for the District of Maryland

## VERIFICATION

I, John J. Truex Chung, Esq., declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that everything contained therein is true and correct to the best of my knowledge and belief.

Date: 9/22/2014

John J. Truex Chung, Esq.
Contract Attorney
Forfeiture Support Associates, LLC

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>One Vonlengerke Dermold Short Barrel .410 Bore Double Barrel Shotgun, etc. | TYPE OF PROCESS<br>Verified Complaint in Rem |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE**<br>**AT** | 08-ATF-027100 / 761030-08-0065 |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jennifer Stubbs, Paralegal Specialist<br>U.S. Attorney's Office<br>36 S. Charles Street, 4th Floor<br>Baltimore, Maryland 21201 | Number of process to be<br>served with this Form 285 | |
| | Number of parties to be<br>served in this case | |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>410-209-4800 | DATE<br>9/23/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more<br>than one USM 285 is submitted)* | Total Process | District of<br>Origin<br>No. | District to<br>Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time  ☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br><br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

**DISTRIBUTE TO:**  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**MEMORANDUM**

DATE:             September 23, 2014

TO:               Kristine Cupp
                  U.S. Marshal Service

FROM:             Jennifer Stubbs
                  Paralegal Specialist
                  U.S. Attorney's Office - District of Maryland

RE:               **U.S. v. One Vonlengerke Dermold Short Barrel .410 Bore Double
                  Barrel Shotgun, Serial Number 2183**

                  **Civil Action No.**

                  CATS ID 08-ATF-027100
                  Agency Case No. – 761030-08-0065

The United States has filed a forfeiture action against **One Vonlengerke Dermold Short Barrel .410 Bore Double Barrel Shotgun, Serial Number 2183 .** A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at www.forfeiture.gov pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.

Attachment

1